4/1/2018

Scott C Denson
7940 Tyrrell Road
Laingsburg, MI 48848
TFS 0306188033

Toyota Financial Services
PO Box 105386
Atlanta, GA 30348-5386



Dear Sir or Madam:

I am writing to contest a billing error in the amount of $16,018.27 on my account. The amount is inaccurate because my account was closed by Toyota as part of a complete payment of debt, then reopened by Toyota but Toyota told me that I could release my car to the new owner, more details below.

On 2/9/2018 I was informed by Toyota finance that the buyers for my Toyota Camry had cleared and my account was closed. I used Toyota as a middle person in this transaction as I trusted Toyota Finance to be able to manage the transaction fairly and without any concern around fraud or act of theft. I called the Toyota Finance team several times to confirm that I am able to release the car to the new buyer and the financial accountant told me, yes, we could release the car.

I proceeded to release the car to the buyer on 2/12/2018 per the guidance from the Toyota finance team member that I spoke too on 2/12/18 and it was confirmed that the transaction process was a success.

On 2/14/18 I was contacted by Toyota that the buyers check was rejected, after I had already released the car to the new buyer. I immediately contacted the Fraud department within Toyota and they confirmed that the check was fraudulent and that Toyota has a process problem internally with these types of transactions. This is documented in the logs of the call center customer tracking info as well as with the Toyota Fraud Department; Incident #335038789 Case # TFS 0306188033.

After consulting legal counsel, I am aware of the Federal fair credit reporting act and have been advised that once my account was closed by Toyota, it cannot be legally be reopened.

I feel that due to the error of Toyotas guidance to release the car, of which I would not have done if I was not told my account was closed by Toyota and instead I would have kept the car and not released it to the buyer. I am now asking for Toyota to close the account as paid in full and reimburse me for all charges for my insurance (at a cost of $5.60/per day at it has been paid to continue coverage of the car since the sale on Feb 12th), release my extended warranty payment back to me at a total of $1,200 and pro-rate all charges to the February 2018 date as part of the closure. Also, any future negative credit reporting should be reversed as well as to not impact my credit rating due to Toyotas negligence.

A police report has been created by the local Shiawassee County Sheriff Department, Report #18-684 as part of this issue as both fraud and theft, presently being investigated by their detectives.

I am requesting that Toyota negligence be corrected, that the account be closed completely, that any finance and other charges related to the disputed amount be credited as well, and that I receive an accurate statement.

Enclosed are copies of the letter from Toyota and my records of the calls and transaction info. Please investigate this matter and correct the billing error as soon as possible.

If any issues, please contact me directly as soon as possible 408-250-7380. I expect a response within 10 days.


Sincerely,


**Scott C Denson**

Enclosures:
   **Letter from Toyota on 2/13/2018**
   **Copy of my notes from the calls to Toyota**