

**TOYOTA**
**FINANCIAL SERVICES**

P.O. BOX 15012
CHANDLER, AZ 85244-5012

ACCOUNT NUMBER: 704-030-6188033-0001
DESCRIPTION OF VEHICLE: 2014 TOYOTA CAMRY H
VEHICLE IDENTIFICATION NUMBER: 4T1BD1FK8EU123259

02/13/18



SCOTT DENSON
7940 TYRRELL RD

LAINGSBURG            MI    48848-8720

Dear SCOTT DENSON:

Thank you for financing your vehicle through your dealer and Toyota Financial Services (TFS). We have received your final payment. Subject to a final accounting and receipt of good funds, your account will be considered as paid in full. We appreciate the opportunity to serve your financing needs.

Per your instructions, we have mailed your title to a third party. Please contact your local vehicle licensing office to determine what you must do to apply for a new title in the third party's name (if applicable).

If you have paid off your account before its original maturity date, you may be entitled to a refund of unearned charges or premiums for optional products such as debt waiver or debt cancellation or insurance coverage ("GAP Product"), credit life insurance and/or disability insurance. Please contact your dealer or the insurance company directly to obtain any refund that may be due.

It may be necessary to cancel previously scheduled automatic payments such as:
- Online Bill Payments scheduled through an online banking service
- Automatic payment withdrawals
- Third party payments from an insurance company, trustee, or financial institution

Again, thank you for financing with us. At TFS we value your business and look forward to providing you with solutions that enhance your ownership experience. Please be sure to ask your dealer about TFS' wide range of products and services, especially those special benefits we only offer returning customers through our Encore program.

If you have any questions, write to us at the address indicated above or call us at (800) 874-8822 during normal business hours.

Thank you,

TOYOTA FINANCIAL SERVICES



Toyota Financial Services is a service mark of Toyota Motor Credit Corporation.

pit
DMS 8153 (05/12)