TOYOTA FINANCIAL SERVICES
TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9490
CEDAR RAPIDS, IA 52409-9490

**FORWARD SERVICE REQUESTED**

| | |
|---|---|
| Check No. | 54965593 |
| Check Date | 02/09/2018 |
| Check Amount | $507.24 |
| Vendor No. | 99000830 |



US-000995 0001 0001 000996
SCOTT DENSON
7940 TYRRELL RD
LAINGSBURG MI 48848-8720

| Invoice Date | Invoice Number | Description | Gross Amount | Discount Amount | Net Amount |
|---|---|---|---|---|---|
| 02/07/2018 | 6188033/DENSON 038 | OVERPAYMENT ON RETAIL ACCOUNT | $507.24 | | $507.24 |
| | | TOTAL | | | $507.24 |

*Note date off issued check*

Page 1 of 1

↓ PLEASE FOLD ON PERFORATION AND DETACH HERE ↓

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT · CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

TOYOTA FINANCIAL SERVICES
TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9490
CEDAR RAPIDS, IA 52409-9490

**54965593**
February 09, 2018
64-1278/611
VOID AFTER 90 DAYS

Amount: **Five Hundred Seven dollars and 24 cents**

**$507.24**

Pay to the order of    SCOTT DENSON
7940 TYRRELL RD
LAINGSBURG MI 48848-8720

Bank of America N.A.
Atlanta, Dekalb County, Georgia



**TOYOTA FINANCIAL SERVICES**
AUTHORIZED SIGNATURE

⑆005496559⑈ ⑆061112788⑈ 3299989709⑈