| | |
|---|---|
| IN RE:<br>    Scott C Denson<br><br>_____Debtor(s)_____ / | CASE NO.: 18-32635<br>CHAPTER 13 PROCEEDINGS<br>JUDGE DANIEL S. OPPERMAN |

### NOTICE TO RESPONDANT OF OBJECTION TO CLAIM #12 OF TOYOTA MOTOR CREDIT CORPORATION

**PLEASE TAKE NOTICE** that Anthony Abueita, PLC, Attorney for Debtor, has filed a an objection to your claim in this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.) Your claim may be reduced, modified or denied.**

If you do not want the court to deny or change your claim, then on or before 7 days prior to said hearing date, you or your attorney must:

    1. File with the court a written response or answer, explaining your position at:
United States Bankruptcy Court
226 W Second Street, Flint, Michigan 48502

If you mail your response to the court for filing, you must also mail it early enough so the court will receive it on or before the date stated above.
You must also mail a copy to:

Anthony Abueita, PLC
703 S Grand Traverse Ave, Flint, MI 48502

  2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: <u>February 12, 2019</u>

                                                                      <u>/s/ Anthony Abueita</u>
                                                                      Anthony Abueita
                                                                       P70755
                                                                       Attorney for Debtor
                                                                       703 S. Grand Traverse
                                                                       Flint, MI 48502
                                                                       810.235.8669
                                                                       abueitalaw@gmail.com

## UNITED STATED BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - FLINT

IN RE:                                            CHAPTER 13
    Scott C Denson                          CASE NUMBER: 18-32635
                                                   JUDGE Daniel S Opperman

    Debtor(s).
_____/

## NOTICE OF HEARING

    Please take notice that a hearing on the Debtor's **OBJECTION TO CLAIM #12 OF TOYOTA MOTOR CREDIT CORPORATION** will be held at US Bankruptcy Court Courtroom, 226 West Second St, Flint, MI 48502 on  March 19, 2019  at 9:00 a.m.


February 12, 2019                                      /s/ Anthony Abueita
                                                            Anthony Abueita P70755
                                                            Attorney for Debtor
                                                           703 S. Grand Traverse
                                                           Flint, MI 48502
                                                           810.235.8669
                                                           abueitalaw@gmail.com