# UNITED STATED BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - FLINT

IN RE:      CHAPTER 13
    Scott C Denson      CASE NUMBER: 18-32635
        Debtor(s)      JUDGE Daniel S Opperman
_____/

**OBJECTION TO CLAIM #12 OF TOYOTA MOTOR CREDIT CORPORATION**

NOW COMES Debtors, by and through their attorney, and hereby objects to claims #12 filed by Toyota Motor Credit Corporation. (hereinafter "Creditor") on the following basis:

1. On January 16, 2019, Creditor filed claim #12 in the amount of $15,285.56 for secured claim on 2014 Toyota Camry.

2. Debtor prior to filing Bankruptcy hired Toyota Finance Corps mediary to sell the vehicle on Craigslist. The vehicle was sold and the mediary informed the Debtor that the check had cleared allowing the Buyer to take possession of the 2014 Toyota Camry with a clear title. Days after the sale, Toyota Finance Corp contacted the Debtor stating that the check did not actually clear making the Debtor responsible for the remaining balance. (Exhibit A)

3. Debtor objects to the secured claim as the balance has been paid in full (Exhibit B).

4. Debtor has also received an overpayment refund from Toyota Motor Credit Corporation proving that the debt has been paid in full (Exhibit C).

5. Debtor has a pending litigation against Toyota Motor Credit Corporation, as indicated on Schedule B of the Bankruptcy Petition. Debtor's attorney is Dani Liblang, Liblang & Associates, 346 Park St, Birmingham, MI 48009, (248) 540-9270.

6. That Debtor requests that the Court Deny Toyota Motor Credit Corporation's Claim as the debt has been paid in full.

**WHEREFORE**, Debtors pray this Honorable Court enter an order denying the Creditor's claim, #12 as the debt had been paid in full.

Dated: February 14, 2019      /s/ Anthony Abueita
    Anthony Abueita P70755
    Attorney for Debtor
    703 S. Grand Traverse
    Flint, MI 48502
    810.235.8669
    abueitalaw@gmail.com

UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                    CHAPTER 13
    Scott C Denson                 CASE NUMBER: 18-32635
           Debtor(s)                  JUDGE Daniel S Opperman
_____/

**ORDER GRANTING OBJECTION TO CLAIM #12 OF TOYOTA MOTOR CREDIT CORPORATION**

       This matter having come on for hearing before the Court by way of the objection of the Debtor to the allowance of the claim of the above referenced creditor, service having been made with a notice of hearing allowing a thirty (30) day notice pursuant to Bankruptcy Rule 3007, a hearing having been held, the Court having heard the matter in open Court and for the reason stated on the record;

       **NOW THEREFORE,**

       **IT IS HEREBY ORDERED** that the Creditor's claim, #12 is denied as debt has been paid in full.

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION AT FLINT

IN RE:                                                     CHAPTER 13
       Scott C Denson                          CASE NUMBER: 18-32635
               Debtor(s)                           JUDGE Daniel S Opperman
_____/

## NOTICE OF OBJECTION TO CLAIM #2 OF ALLY FINANCIAL

    Jamie Badger, by and through her attorney Anthony Abueita, has an objection to your claim in this bankruptcy case.

    **Your claim may be reduced, modified or denied.**   **You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to deny or change your claim, then on or before <u>March 12, 2019,</u> you or your lawyer must:

    File with the court a written response to the objection, explaining your position at:[1]

        United States Bankruptcy Court
        226 West Second St
        Flint, MI 48502

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above

        You must also mail a copy to:

Anthony Abueita                                  Chapter 13 Trustee
703 S. Grand Traverse                       400 N. Saginaw St., Suite 331
Flint, MI 48502                                        Flint, MI 48502
810.235.8669

    Attend the hearing on the objection, scheduled to be held on **03/19/2018 at 10:00 a.m**. at US Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502.

    If you, or your attorney, do not take these steps, the Court may decide that you do not oppose the objection to your claim.

February 14, 2019                                      /s/ Anthony Abueita
                                                                  Anthony Abueita P70755
                                                                   Attorney for Debtor
                                                                   703 S. Grand Traverse
                                                                   Flint, MI 48502
                                                                   810.235.8669 / <u>abueitalaw@gmail.com</u>

---

[1]     Response or answer must comply with F.R.Civ. P. 8(b), (c) and (e)

UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:                                                         CHAPTER 13
    Scott C Denson                          CASE NUMBER: 18-32635
        Debtor(s)                              JUDGE Daniel S Opperman
_____/

## PROOF OF SERVICE

   I, Anthony Abueita, hereby swear under penalty of perjury that on the date indicated below, I served copies of the following documents:

1. **OBJECTION TO CLAIM #12 OF TOYOTA MOTOR CREDIT CORPORATION**
2. **NOTICE OF OBJECTION TO CLAIM**
3. **NOTICE OF HEARING**
4. **PROOF OF SERVICE**

Upon the following parties at the addresses as indicated below by first class mail of the following documents:

Toyota Motor Credit Corporation
P.O. Box 9013
Addison, TX 75001

Toyota Motor Credit Corporation
PO BOX 9490
Cedar Rapids, IA 52409

Jason A Cottrill
Bonial & Associates, PC
PO BOX 9013
Addison TX, 75001

and the US Trustee and Chapter 13 Trustee via ECF.

February 14, 2019                               /s/ Anthony Abueita
                                                        Anthony Abueita P70755
                                                        Attorney for Debtor
                                                        703 S. Grand Traverse
                                                        Flint, MI 48502
                                                        810.235.8669
                                                        abueitalaw@gmail.com