# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Scott C. Denson, | CASE NO: 18-32635 |
| | JUDGE: Joel D. Applebaum |
| **Debtor** | |

_____/

## STIPULATION TO ADJOURN CONFIRMATION HEARING

The parties hereto agree to the entry of the Order Adjourning the Confirmation Hearing to October 15, 2019 at 9:00 a.m. See attached proposed order.


/s/ Carl L Bekofske
Carl L. Bekofske P10645
Melissa Caouette P62729
Leo J. Foley, Jr. P76060
Chapter 13 Standing Trustee's Office
400 N. Saginaw St., Ste. 331
Flint MI 48502
(810) 238-4675
ecf@flint13.com

/s/ Anthony Abueita
Attorney for Debtor
703 S. Grand Traverse Ave.
Flint, MI 48502
(810) 235-8669
Abueitalaw@gmail.com
P70755

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

IN RE:  CHAPTER 13
Scott C. Denson,  CASE NO: 18-32635
  JUDGE: Joel D. Applebaum

      Debtor
_____/

## ORDER ADJOURNING CONFIRMATION HEARING

IT IS HEREBY ORDERED that the Confirmation Hearing shall be adjourned to October 15, 2019 at 9:00 a.m.

IT IS FURTHER ORDERED that this case may be confirmed prior to the adjourned date upon the approval of objecting creditors and the Chapter 13 Trustee.

IT IS FURTHER ORDERED that Debtor's counsel shall serve a copy of the entered order on the Debtor and any interest parties as applicable within 7 days.